STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN CHERNACHOWICZ, DEFENDANT-APPELLANT.

Submitted June 11, 1956—Decided June 25, 1956.

*Mr. John Chernachowicz, in propria persona.*

*Mr. Grover C. Richman, Jr.,* Attorney-General, and *Mr. Eugene T. Urbaniak,* Deputy Attorney-General, for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Conford in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, JACOBS and BRENNAN—6.

*For reversal*—None.